UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEDRICK DEMOND THOMAS,<br><br>            Petitioner,<br><br>   v.<br><br>PAT GLEBE,<br><br>            Respondent. | Case No. C10-5800RJB/JRC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME |

This petition for a writ of habeas corpus has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

Respondent has filed a motion for an extension of time to file an answer until February 7, 2011 (ECF No. 12). Counsel explains that records from petitioner's case in state court have not arrived even though they were ordered. Respondent has shown good cause for an extension of time and the motion is GRANTED. The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 4th day of January, 2011.

                                                                */s/ J. Richard Creatura*
                                                                J. Richard Creatura
                                                               United States Magistrate Judge

ORDER - 1