# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DEDRICK DEMOND THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAT GLEBE,<br><br>　　　　　　Defendant. | CASE NO. 3:10-CV-05800-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the United States Magistrate Judge J. Richard Creatura (Dkt. 18), and the remaining record, does hereby find and Order:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) The petition is **DISMISSED** as time barred.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all claims asserted by petitioner in his habeas petition.

(4) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 25th day of April, 2011.

　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　United States District Judge