# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEDRICK DEMOND THOMAS,,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO. 3:10-CV-05800-RJB

PAT GLEBE,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation;

(2) The petition is **DISMISSED** as time barred; and

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all claims asserted by petitioner in his habeas petition.

| April 26, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk